UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

LAURA MAE LOGAN          *

    Plaintiff          *

v.          *          Case No.: S 02 CV 3726

ICON HEALTH AND FITNESS, INC.          *

    Defendant          *

*          *          *          *          *          *          *          *          *          *          *          *          *

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Laura Mae Logan, by her undersigned counsel, hereby stipulates to the

dismissal, with prejudice, of all claims brought by and/or on her behalf with respect to

Defendant, Icon Health and Fitness, Inc.

_____
Arthur C. Crum, Jr. (Fed. Bar No. 05696)
129 West Patrick Street
Suite 13
Frederick, MD 21701
Counsel for Plaintiff
Laura Mae Logan

_____
Guido Porcarelli (Fed. Bar No. 08058)
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Counsel for Defendant
ICON Health and Fitness, Inc.

(B0342829.WPD;1)

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of June, 2003, I e-filed the foregoing Stipulation

of Dismissal with Prejudice to the United States District Court for the District of Maryland,

and/or e-filed or sent by first-class mail, postage prepaid, a copy of the foregoing Stipulation of

Dismissal with Prejudice to:

Arthur C. Crum
129 West Patrick Street
Suite 13
Frederick, MD 21701

_____
Guido Porcarelli

(B0342829.WPD;1)